READER MAIL, INC., Appellant, v. SOL FISHKO, as President of Paper Workers & Distributing Trades Union, Local 447 of International Printing Pressmen and Assistants' Union of North America, A. F. of L., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

In the Matter of JOHN CASE et al., Doing Business under the Name of CASE & SMITH LUMBER. COMPANY, Judgment Creditors, Respondents, v. PAUL V. PANZARELLA, Judgment Debtor, Appellant. ANDERSON BRICK & SUPPLY CO., INC., Intervener, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

MARGUERITE H. MCFARLANE et al., as Executors of CLEMENT J. HEATON, Deceased, Plaintiffs, v. ELK GARAGE CO., INC., et al., Defendants, CHESTER NOYES, Defendant-Respondent, and GOTHAM GARAGE CO., INC., Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part. Settle order on notice.

EUREKA PRODUCTIONS, INC., Appellant, v. ELEKTA FILM, A. G., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

EUGENE CANTIN COMPANY, INC., Appellant, v. STAYNEW FILTER CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

In the Matter of OLGA MOSKOWITZ, Appellant. LITTLE BO PEEP KIDDIE CO., INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

In the Matter of WEST SIDE SAVINGS BANK, Respondent. SAMUEL A. HYMAN et al., as Executors of WILLIAM HYMAN, Deceased, Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part.

EDWIN G. BURKE, Plaintiff, v. GUSTAVE BROWN, Appellant, and JULIA F. GILBERT, Defendant-Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., taking no part. [180 Misc. 903.]